# EXHIBIT 4

# UMBRA TECHNOLOGIES LTD.'S INITIAL EVIDENCE OF INFRINGEMENT

**U.S. Patent No. 10,574,482 vs Defendant Juniper Networks, Inc.**

UMBRA Technologies Ltd. ("UMBRA") provides evidence of infringement of claim 1 of U.S. Patent No. 10,574,482 (hereinafter "the '482 patent") by Juniper Networks, Inc. ("Juniper"). In support thereof, UMBRA provides the following claim charts.

"Accused Instrumentalities" as used herein refers to at least Juniper systems and methods, including one or more hardware and software products for network virtualization and related services, which by way of example include but are not limited to Juniper Secure Connect solution using Juniper devices, such as Juniper SRX Series Firewalls (driven by Mist AI) across a Juniper SD-WAN, or a cloud solution such as Juniper Secure Edge. (*see, e.g.*, Juniper Secure Connect Administrator Guide, https://www.juniper.net/documentation/us/en/software/secure-connect/secure-connect-administrator-guide/topics/topic-map/overview.html; and Juniper Connected Security Solution for Juniper Networks Devices, https://www.juniper.net/documentation/us/en/software/nce/nce-162-sdsn/topics/concept/nce-162-sdsn-about.html) (*see also*, *e.g.*, CONNECTED SECURITY DISTRIBUTED SERVICES (CSDS) ARCHITECTURE DATASHEET, https://www.juniper.net/content/dam/www/assets/datasheets/us/en/security/connected-security-distributed-services-csdc-architecture-datasheet.pdf) and/or

Juniper QFX-Series switches (*see, e.g.*, https://www.juniper.net/content/dam/www/assets/datasheets/us/en/switches/qfx10002-fixed-ethernet-switches.pdf and https://www.juniper.net/content/dam/www/assets/white-papers/us/en/routers/qfx10000-system-architecture.pdf) operating with a Juniper Contrail SDN controller in Juniper CN2 (Cloud-Native Contrail Networking) (*see, e.g.*, https://www.juniper.net/content/dam/www/assets/datasheets/us/en/sdn-management-operations/cloud-native-contrail-networking-datasheet.pdf and https://www.juniper.net/documentation/product/us/en/contrail-networking/#cat=release_notes) utilizing Data Center EVPN-VXLAN Fabric Architecture (*see, e.g.*, https://www.juniper.net/documentation/us/en/software/nce/sg-005-data-center-fabric/topics/topic-map/data-center-interconnect-fabric-architecture.html) and certain related earlier versions (the "Accused Instrumentalities").

These claim charts demonstrate Juniper's infringement, and provide notice of such infringement, by comparing each element of the asserted claims to corresponding components, aspects, and/or features of the Accused Instrumentalities. These claim charts are not intended to constitute an expert report on infringement. These claim charts include information provided by way of example, and not by way of limitation.

The analysis set forth below is based only upon information from publicly available resources regarding the Accused Instrumentalities, as Juniper has not yet provided any non-public information. An analysis of Juniper's (or other third parties') technical documentation and/or software source code may assist in fully identifying all infringing features and functionality. Accordingly, UMBRA reserves the right to supplement this infringement analysis once such information is made available to

UMBRA. Furthermore, UMBRA reserves the right to revise this infringement analysis, as appropriate, upon issuance of a court order construing any terms recited in the asserted claims.

UMBRA provides this evidence of infringement and related analysis without the benefit of claim construction or expert reports or discovery. UMBRA reserves the right to supplement, amend or otherwise modify this analysis and/or evidence based on any such claim construction or expert reports or discovery.

Unless otherwise noted, UMBRA contends that Juniper directly infringes the '482 patent in violation of 35 U.S.C. § 271(a) by selling, offering to sell, making, using, and/or importing the Accused Instrumentalities.

Unless otherwise noted, UMBRA believes and contends that each element of each claim asserted herein is literally met through Juniper's provision of the Accused Instrumentalities. However, to the extent that Juniper attempts to allege that any asserted claim element is not literally met, UMBRA believes and contends that such elements are met under the doctrine of equivalents. More specifically, in its investigation and analysis of the Accused Instrumentalities, UMBRA did not identify any substantial differences between the elements of the patent claims and the corresponding features of the Accused Instrumentalities, as set forth herein. In each instance, the identified feature of the Accused Instrumentalities performs at least substantially the same function in substantially the same way to achieve substantially the same result as the corresponding claim element.

To the extent the chart of an asserted claim relies on evidence about certain specifically identified Accused Instrumentalities, UMBRA asserts that, on information and belief, any similarly functioning instrumentalities also infringes the charted claim. UMBRA reserves the right to amend this infringement analysis based on other products made, used, sold, imported, or offered for sale by Juniper. UMBRA also reserves the right to amend this infringement analysis by citing other claims of the '482 patent, not listed in the claim chart, that are infringed by the Accused Instrumentalities. UMBRA further reserves the right to amend this infringement analysis by adding, subtracting, or otherwise modifying content in the "Accused Instrumentalities" column of each chart.

| Claim #1 | Accused Instrumentalities |
|---|---|
| Indep.Cl. 1<br>1-pre<br><br>A multi-perimeter firewall system located in a cloud and forming part of a global virtual network, comprising: | The Juniper Connected Security solution for Juniper networks devices provides a multi-perimeter firewall system located in a cloud and forming part of a global virtual network. According to "documentation" at Juniper.net, Juniper's system coordinates protection by "[e]nabling every part of the network to be both a detection and enforcement point, to respond to suspicious activity anywhere in the network, which is the most effective way to deal with threats and intruders. … Juniper Connected Security enforces security across Juniper devices, cloud-based solutions, and third-party devices. By communicating with all enforcement points, Juniper Connected Security can quickly block or quarantine threats, preventing the spread of bi-lateral attacks within the network. . . . Extends security to each layer of the network—Juniper Connected Security uses an inside-out security model because it leverages any network element as an enforcement point and then dynamically enforces security policy with software-defined segmentation designed to provide robust security."<br><br>*See* https://www.juniper.net/documentation/us/en/software/nce/nce-162-sdsn/topics/concept/nce-162-sdsn-use-case.html.<br><br>https://www.juniper.net/documentation/us/en/software/nce/nce-162-sdsn/topics/concept/nce-162-sdsn- |

# UMBRA TECHNOLOGIES LTD.'S INITIAL EVIDENCE OF INFRINGEMENT

## U.S. Patent No. 10,574,482 vs Defendant Juniper Networks, Inc.

| Claim #1 | Accused Instrumentalities |
| --- | --- |
| 1-pre Cont. | technical-overview.html ; see also https://www.juniper.net/documentation/us/en/software/nm-apps23.1/policy-enforcer-user-guide/topics/concept/secure-fabric-overview.html ("Secure Fabric is a collection of sites which contain network devices (switches, routers, firewalls, and other security devices), used in policy enforcement groups. When threat prevention policies are applied to policy enforcement groups, the system automatically discovers to which sites those groups belong. This is how threat prevention is aggregated across your secure fabric."); See also the example at page 15 of Junos® OS Flow-Based and Packet-Based Processing User Guide for Security Devices, "Figure 2: Deploying the SRX4600 Firewall at the Data Center Edge" showing MX and EX devices indicating 2 FW perimeters:<br>**Figure 2: Deploying the SRX4600 Firewall at the Data Center Edge**<br><br><br>https://www.juniper.net/documentation/us/en/software/junos/flow-packet-processing/flow-packet-processing.pdf |

**UMBRA TECHNOLOGIES LTD.'S INITIAL EVIDENCE OF INFRINGEMENT**

**U.S. Patent No. 10,574,482 vs Defendant Juniper Networks, Inc.**

| Claim #1 | Accused Instrumentalities |
|---|---|
| 1-pre Cont. | See also: "Juniper Networks EX Series Ethernet Switches are multilayered switches that provide Layer 2 switching and Layer 3 routing. You apply firewall filters at multiple processing points in the packet forwarding path on EX Series switches. … , firewall filters are evaluated and applied hierarchically. First, a packet is checked against the port *firewall filter*, if present. If the packet is permitted, it is then checked against the VLAN firewall filter, if present. If the packet is permitted, it is then checked against the router firewall filter, if present. The packet must be permitted by the router firewall filter before it is processed.<br><br>Figure 1 shows the various firewall filter processing points in the packet forwarding path in a multilayered switching platform.<br>ge-0/0/5<br>Router firewall filter<br>Voice - VLAN<br>Untagged port: ge-0/0/0, ge-0/0/1<br>Tagged port: ge-0/0/5<br>(tag=100)<br>Employee - VLAN<br>Untagged port: ge-0/0/2, ge-0/0/3<br>Tagged port: ge-0/0/5<br>(tag=200)<br>Layer 3 CoS<br>Switch<br>VLAN firewall filter<br>VLAN firewall filter<br>Layer 2 CoS<br>Port firewall filter<br>Switch port<br>Switch port<br>ge-0/0/0<br>ge-0/0/1<br>ge-0/0/2<br>ge-0/0/3<br>Layer 2 Switched<br>Routed<br>g020007<br><br>https://www.juniper.net/documentation/us/en/software/junos/routing-policy/topics/concept/firewall-filter-ex-series-understanding.html |

UMBRA TECHNOLOGIES LTD.'S INITIAL EVIDENCE OF INFRINGEMENT

**U.S. Patent No. 10,574,482 vs Defendant Juniper Networks, Inc.**

| Claim #1 | Accused Instrumentalities |
| --- | --- |
| 1-a<br><br>an egress ingress point device; | The Juniper Connected Security solution for Juniper networks devices includes an egress ingress point device. For example, an egress ingress point device is required to connect to the network to "Data Center," as shown in these annotations to Figure 2 from page 15 of Junos® OS Flow-Based and Packet-Based Processing User Guide for Security Devices, "Figure 2: Deploying the SRX4600 Firewall at the Data Center Edge":<br><br>Figure 2: Deploying the SRX4600 Firewall at the Data Center Edge<br><br>ANNOTATED<br>Data Center Edge<br>INTERNET<br>egress ingress point device<br>first access point server<br>MX480<br>Router / Firewall<br>first perimeter firewall<br>SRX Series<br>L2/L3 Gateway<br>second perimeter firewall<br>second access point server<br>EX Series<br>Switch<br>EX Series Switch<br>end point device<br>g200104<br><br>https://www.juniper.net/documentation/us/en/software/junos/flow-packet-processing/flow-packet-processing.pdf<br><br>See also, Juniper's statement that "[t]he Juniper Mist™ cloud works with Juniper® Secure Edge to perform traffic inspection from edge devices by using the Secure Edge connector feature. This feature allows the Juniper Networks® SRX Series Firewall, deployed as WAN edge device, to send a portion of traffic to Juniper Secure Edge |

<table>
<tr><th>Claim #1</th><th>Accused Instrumentalities</th></tr>
<tr><td></td><td>for an inspection." See https://www.juniper.net/documentation/us/en/software/mist/mist-wan/topics/topic-map/srx-secure-edge-connector.html.<br><br>See also Figure 1 of https://www.juniper.net/content/dam/www/assets/datasheets/us/en/security/connected-security-distributed-services-csdc-architecture-datasheet.pdf<br><br><br><br>Figure 1: Juniper's CSDS Architecture delivers a scalable, distributed security architecture design that fully decouples the forwarding and security services layers</td></tr>
<tr><td>1-b<br><br>a first access point server in communication with the egress ingress point device;</td><td>The Juniper Connected Security solution for Juniper networks devices includes a first access point server in communication with the egress ingress point device. The below annotations to Figure 2 from page 15 of Junos® OS Flow-Based and Packet-Based Processing User Guide for Security Devices, "Figure 2: Deploying the SRX4600 Firewall at the Data Center Edge" show an MX480 Router/Firewall in communication with a "Data Center Edge":</td></tr>
</table>

| Claim #1 | Accused Instrumentalities |
|---|---|
| | Figure 2: Deploying the SRX4600 Firewall at the Data Center Edge<br><br>ANNOTATED<br>Data Center Edge<br>INTERNET<br>egress ingress point device<br>first access point server<br>MX480 Router / Firewall<br>first perimeter firewall<br>SRX Series L2/L3 Gateway<br>second perimeter firewall<br>second access point server<br>EX Series Switch<br>EX Series Switch<br>end point device<br>g200104<br><br>https://www.juniper.net/documentation/us/en/software/junos/flow-packet-processing/flow-packet-processing.pdf |
| 1-c<br><br>a second access point server in communication with the first access point sever; | The Juniper Connected Security solution for Juniper networks devices includes a second access point server in communication with the first access point server. See also the example at page 15 of Junos® OS Flow-Based and Packet-Based Processing User Guide for Security Devices, "Figure 2: Deploying the SRX4600 Firewall at the Data Center Edge" showing an MX480 Router/Firewall in communication with an EX Series Switch via an SRX Series L2/L3 Gateway: |

UMBRA TECHNOLOGIES LTD.'S INITIAL EVIDENCE OF INFRINGEMENT

U.S. Patent No. 10,574,482 vs Defendant Juniper Networks, Inc.

| Claim #1 | Accused Instrumentalities |
|---|---|
| | Figure 2: Deploying the SRX4600 Firewall at the Data Center Edge<br><br>https://www.juniper.net/documentation/us/en/software/junos/flow-packet-processing/flow-packet-processing.pdf |
| 1-d<br><br>an endpoint device in communication with the second access point server; | The Juniper Connected Security solution for Juniper networks devices includes an endpoint device in communication with the second access point server. See also the example at page 15 of Junos® OS Flow-Based and Packet-Based Processing User Guide for Security Devices, "Figure 2: Deploying the SRX4600 Firewall at the Data Center Edge" showing endpoint devices at the bottom connected to an EX Series Switch: |

UMBRA TECHNOLOGIES LTD.'S INITIAL EVIDENCE OF INFRINGEMENT

**U.S. Patent No. 10,574,482 vs Defendant Juniper Networks, Inc.**

| Claim #1 | Accused Instrumentalities |
|---|---|
| | **Figure 2: Deploying the SRX4600 Firewall at the Data Center Edge**<br>ANNOTATED<br>Data Center Edge<br>INTERNET<br>egress ingress point device<br>first access point server<br>MX480 Router / Firewall<br>first perimeter firewall<br>SRX Series L2/L3 Gateway<br>second perimeter firewall<br>second access point server<br>EX Series Switch<br>EX Series Switch<br>end point device<br>g200104<br>https://www.juniper.net/documentation/us/en/software/junos/flow-packet-processing/flow-packet-processing.pdf |
| 1-e<br><br>a first perimeter firewall in communication with the first access point server, | The Juniper Connected Security solution for Juniper networks devices includes a first perimeter firewall in communication with the first access point server. See also the example at page 15 of Junos® OS Flow-Based and Packet-Based Processing User Guide for Security Devices, "Figure 2: Deploying the SRX4600 Firewall at the Data Center Edge" showing a multi-component MX480 Router/Firewall device with an FW component functioning as a firewall in communication with a router component functioning as an access point server communicating with the FW: |

UMBRA TECHNOLOGIES LTD.'S INITIAL EVIDENCE OF INFRINGEMENT

U.S. Patent No. 10,574,482 vs Defendant Juniper Networks, Inc.

| Claim #1 | Accused Instrumentalities |
|---|---|
| | Figure 2: Deploying the SRX4600 Firewall at the Data Center Edge<br>ANNOTATED<br>Data Center Edge<br>INTERNET<br>egress ingress point device<br>first access point server<br>MX480 Router / Firewall<br>first perimeter firewall<br>SRX Series L2/L3 Gateway<br>second perimeter firewall<br>second access point server<br>EX Series Switch<br>EX Series Switch<br>end point device<br>g200104<br>https://www.juniper.net/documentation/us/en/software/junos/flow-packet-processing/flow-packet-processing.pdf |
| 1-f<br><br>wherein the first perimeter firewall performs stateful packet inspection to prevent at least some traffic from passing from the first access point server to the | The Juniper Connected Security solution for Juniper networks devices may be configured such that the first perimeter firewall performs stateful packet inspection to prevent at least some traffic from passing from the first access point server to the second access point server. For example, Juniper's June OS "flow-monitoring application performs traffic flow monitoring and enables lawful interception of traffic between two routers or switches." https://www.juniper.net/documentation/us/en/software/junos/flow-monitoring/topics/concept/services-configuring-flow-monitoring.html.<br><br>Further within this documentation, Juniper explains: ". . . you can configure Junos Traffic Vision for flow monitoring on an MX Series Router with MS-MIC and MS-MPC". See also, pages 5-6 of the Junos® OS Flow-Based and Packet-Based Processing User Guide for Security Devices (available online at https://www.juniper.net/ |

UMBRA TECHNOLOGIES LTD.'S INITIAL EVIDENCE OF INFRINGEMENT

**U.S. Patent No. 10,574,482 vs Defendant Juniper Networks, Inc.**

| Claim #1 | Accused Instrumentalities |
|---|---|
| second access point server; and | documentation/us/en/software/junos/flow-packet-processing/flow-packet-processing.pdf): "Flow-based packet processing, which is stateful, requires the creation of sessions. . . . Flow-based processing mode is required for security features such as zones, screens, and firewall policies to function. … ." |
| 1-g<br><br>a second perimeter firewall in communication with the second access point server, | The Juniper Connected Security solution for Juniper networks devices includes a second perimeter firewall in communication with the second access point server. See also the example at page 15 of Junos® OS Flow-Based and Packet-Based Processing User Guide for Security Devices, "Figure 2: Deploying the SRX4600 Firewall at the Data Center Edge" showing SRX Series L2/L3 Gateway in communication with an EX Series Switch:<br>**Figure 2: Deploying the SRX4600 Firewall at the Data Center Edge**<br>ANNOTATED<br>Data Center Edge<br>INTERNET<br>egress ingress point device<br>first access point server<br>MX480 Router / Firewall<br>first perimeter firewall<br>SRX Series L2/L3 Gateway<br>second perimeter firewall<br>second access point server<br>EX Series Switch<br>EX Series Switch<br>end point device<br>g200104<br><br>https://www.juniper.net/documentation/us/en/software/junos/flow-packet-processing/flow-packet-processing.pdf |

| Claim #1 | Accused Instrumentalities |
|---|---|
| 1-h<br><br>wherein the second perimeter firewall performs deep packet inspection to prevent at least some traffic from passing from the second access point server to the end point device, | The Juniper Connected Security solution for Juniper networks devices may be configured such that the second perimeter firewall performs deep packet inspection to prevent at least some traffic from passing from the second access point server to the end point device. For example, according to Juniper's Juno OS Release 23.4RI "Device Security" (14-Dec-23), "Pre-ID default policy enhancements (SRX Series Firewalls and vSRX Virtual Firewall)—Starting in Junos OS Release 23.4R1, the Pre-ID default policy (pre-id-default-policy) denies the flow before performing application identification (AppID) when there are no potential policies to permit the flow. . . . If any policy has action other than "deny", then the device performs deep packet inspection (DPI) to identify the application." |
| 1-i<br><br>wherein at least one of the egress ingress point device, the first access point server, the second access point server, the endpoint device, the first perimeter firewall, or the second perimeter firewall comprises hardware, | The Juniper Connected Security solution for Juniper networks devices includes may be configured such that at least one of the egress ingress point device, the first access point server, the second access point server, the endpoint device, the first perimeter firewall, or the second perimeter firewall comprises hardware. For example, Juniper.net documentation page for "Juniper Mist Supported Hardware" lists hardware devices that "can be managed through the Juniper Mist portal," including several listed models of Juniper "Wireless Access Points", "EX Series Switches", "QFX Series Switches", "SSR Series Devices", "SRX Series Firewalls", "Juniper Mist Edge" devices, "ACX Series Routers (Routing Assurance)", "MX Series Routers (Routing Assurance)" listed at: https://www.juniper.net/documentation/us/en/software/mist/content/mist-supported-hardware.html. |
| 1-j<br><br>wherein the deep packet inspection is performed on a cloned | The Juniper Connected Security solution for Juniper networks devices may be configured such that he deep packet inspection is performed on a cloned copy of traffic that flows through the second perimeter firewall. For example, according to Juniper's online Network Management and Monitoring Guide, Juno OS is configured for "Port Mirroring on SRX Series Firewalls . . . Port mirroring copies packets entering or exiting a port and sends the copies to a local interface for monitoring. Port mirroring is used to send |

| Claim #1 | Accused Instrumentalities |
|---|---|
| copy of traffic that flows through the second perimeter firewall. | traffic to applications that analyze traffic for purposes such as monitoring compliance, enforcing policies, detecting intrusions, monitoring and predicting traffic patterns, correlating events, and so on." https://www.juniper.net/documentation/us/en/software/junos/network-mgmt/topics/topic-map/port-mirroring-and-analyzers.html#id-understanding-port-mirroring-on-srx-devices.<br>Also. according to Junos OS documentation, "Juniper Networks' AppSecure is a suite of application-aware security services for the Juniper Networks' SRX Series Firewalls and NFX Series devices to deliver security services to provide visibility and control over the types of applications traversing in the networks. AppSecure uses a sophisticated classification engine to accurately identify applications regardless of port or protocol, including nested applications that reside within trusted network services." https://www.juniper.net/documentation/us/en/software/junos/application-identification/topics/concept/appsecure-security-understanding.html. "SSL decryption mirroring feature enables you to monitor SSL decrypted application traffic entering and exiting the SRX Series Firewall. . . . the SRX Series Firewall uses an Ethernet interface—the configured SSL decryption mirroring interface—to forward a copy of the decrypted SSL traffic to a trusted traffic collection tool or a network analyzer for inspection and analysis." https://www.juniper.net/documentation/us/en/software/junos/application-identification/topics/topic-map/ssl-decryption-mirroring.html. |

**Caveat**: The notes and/or cited excerpts utilized herein are set forth for purposes only and are not meant to be limiting in any manner. For example, the notes and/or cited excerpts, may or may not be supplemented or substituted with different excerpt(s) of the relevant reference(s), as appropriate. Further, to the extent any error(s) and/or omission(s) exist herein, all rights are reserved to correct the same.